People of the State of Illinois ex rel. John S. Rusch, Appellee, v. Henry Levin et al., Appellants.

Gen. No. 41,386.

opinion filed February 26, 1941. Simon Herr and Mayer Goldberg, for appellants; Thomas J. Courtney, State's Attorney, for appellee; John F. Cashen, Jr., of counsel. Opinion by PRESIDING JUSTICE HEBEL. ''Not to be published in full.''

Hallie E. McCowan, Appellee, v. Don C. McCowan et al., Appellant.

Gen. No. 41,399.

 opinion filed February 26, 1941. Irving Breakstone, for appellant; Brooks, Coleman & Peterson, for appellee. Opinion by PRESIDING JUSTICE HEBEL. ''Not to be published in full.''